# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED NETWORK FOR ORGAN SHARING and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED, <br><br> Defendants. | Civil Action No. 1:24-cv-11693-IT |

## UNOS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, Defendant United Network for Organ Sharing ("UNOS") moves to dismiss the Complaint of Plaintiff Mark Thompson ("Plaintiff"). As set forth in greater detail in UNOS's Memorandum of Law, filed concurrently herewith, Plaintiff's claims against UNOS under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq., and the Massachusetts Public Accommodation Law ("MPAL"), Mass. Ann. Laws ch. 272, § 98, should be dismissed for the following reasons: *First*, Plaintiff fails to plausibly allege that UNOS engaged in intentional discrimination, an essential element of his Title VI claim. *Second*, Plaintiff fails to plausibly allege that UNOS receives "Federal financial assistance," as Title VI requires. *Third*, Plaintiff failed to timely file a complaint with the Massachusetts Commission on Discrimination ("MCAD"), a necessary prerequisite to filing an MPAL claim. *Fourth*, Plaintiff fails to allege standing for his requested injunction against UNOS. *Fifth*, punitive damages are not available under Title VI and Plaintiff fails to allege entitlement to punitive damages under the MPAL.

Accordingly, UNOS respectfully requests that the Court dismiss each of the claims asserted against UNOS, *with prejudice*.

Dated: September 3, 2024

Respectfully submitted,

UNITED NETWORK FOR ORGAN SHARING

*/s/ Dallin R. Wilson*
Katherine Perrelli (BBO No. 549820)
Dallin R. Wilson (BBO No. 676662)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
(617) 946-4817
kperrelli@seyfarth.com
drwilson@seyfarth.com

Daniel M. Blouin (admitted *pro hac vice*)
Thomas G. Weber (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel.: (312) 558-5600
Fax: (312) 558-5700
dblouin@winston.com
tgweber@winston.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I certify that on July 10, 2024, counsel for UNOS conferred with Plaintiff's counsel pursuant to Local Rule 7.1(a)(2) in an attempt to resolve or narrow the issues presented in this motion.

Dated:  September 3, 2024  */s/ Dallin R. Wilson*
  Dallin R. Wilson

## CERTIFICATE OF SERVICE

On September 3, 2024, I caused the foregoing to (i) be filed with the Clerk of the Court by the Court's ECF system and (ii) served upon all parties by sending a true and correct copy of by email and first class mail.

Dated:  September 3, 2024 　　　　　　　*/s/ Dallin R. Wilson*
　　　　　　　　　　　　　　　　　　　　Dallin R. Wilson