# Exhibit 1



# Contents

Policy 1:     Administrative Rules and Definitions                                                          1

Policy 2:     Deceased Donor Organ Procurement                                                        21

Policy 3:     Candidate Registrations, Modifications, and Removals                            35

Policy 4:     Histocompatibility                                                                                      45

Policy 5:     Organ Offers, Acceptance, and Verification                                             76

Policy 6:     Allocation of Hearts and Heart-Lungs                                                      88

Policy 7:     Allocation of Intestines                                                                             125

Policy 8:     Allocation of Kidneys                                                                                127

Policy 9:     Allocation of Livers and Liver-Intestines                                               157

Policy 10:   Allocation of Lungs                                                                                     212

Policy 11:   Allocation of Pancreas, Kidney-Pancreas, and Islets                             243

Policy 12:   Allocation of Covered Vascularized Composite Allografts                    252

Policy 13:   Kidney Paired Donation (KPD)                                                                   253

Policy 14:   Living Donation                                                                                           270

Policy 15:   Identification of Transmissible Diseases                                                 293

Policy 16:   Organ and Extra Vessel Packaging, Labeling, Shipping, and Storage   302

Policy 17:   International Organ Transplantation                                                       309

Policy 18    Data Submission Requirements                                                               312

Policy 19:   Data Release                                                                                               322

Policy 20:   Travel Expense and Reimbursement                                                       323

# Policy 8: Allocation of Kidneys

| | | |
|---|---|---|
| 8.1 | Calculated Panel Reactive Antibody (CPRA) | 127 |
| 8.2 | Exceptions | 127 |
| 8.3 | Kidney Allocation Score | 128 |
| 8.4 | Waiting Time | 130 |
| 8.5 | Kidney Allocation Classifications and Rankings | 131 |
| 8.6 | Allocation of Both Kidneys from a Single Deceased Donor to a Single Candidate | 154 |
| 8.7 | Administrative Rules | 154 |
| 8.8 | Allocation of Released Kidneys | 155 |

## 8.1 Calculated Panel Reactive Antibody (CPRA)

CPRA is the percentage of donors expected to have one or more of a candidate's indicated unacceptable antigens. CPRA will be calculated automatically when a transplant hospital reports unacceptable antigens to the OPTN according to *Policy 5.3.A: Reporting Unacceptable Antigens for Calculated Panel Reactive Antibody (CPRA)*.

## 8.2 Exceptions

### 8.2.A    Deceased Donor Kidneys with Discrepant Human Leukocyte Antigen (HLA) Typings

Allocation of deceased donor kidneys is based on the HLA typing identified by the donor histocompatibility laboratory. If the recipient HLA laboratory identifies a different HLA type for the deceased donor and the intended recipient cannot be transplanted, the kidney must be allocated according to *Policy 5.9: Released Organs*. When reallocating the kidney, the OPO has the discretion to use either the HLA typing identified by the donor histocompatibility laboratory or the recipient HLA laboratory.

## 8.3    Kidney Allocation Score

Candidates receive an allocation score according to the total of all points assigned in *Table 8-1*.

**Table 8-1: Kidney Points**

| If the candidate is: | And the following allocation sequence is used: | Then the candidate receives this many points: |
|---|---|---|
| Registered for transplant and meets the qualifying criteria described in *Policy 8.4: Waiting Time* | 8.5.H, 8.5.I, 8.5.J, or 8.5.K | 1/365 points for each day since the qualifying criteria in *Policy 8.4: Waiting Time* |
| Aged 0-10 at time of match and a 0-ABDR mismatch with the donor | 8.5.H, 8.5.I, or 8.5.J | 4 points |
| Aged 11-17 at time of match and a 0-ABDR mismatch with the donor | 8.5.H, 8.5.I, or 8.5.J | 3 points |
| Aged 0-10 at time of match and donor has a KDPI score <35% | 8.5.H, 8.5.I | 1 point |
| A prior living donor | 8.5.H, 8.5.I, or 8.5.J | 4 points |
| Sensitized (CPRA at least 20%) | 8.5.H, 8.5.I, or 8.5.J | *See Table 8-2: Points for CPRA* |
| A single HLA-DR mismatch with the donor* | 8.5.H, 8.5.I, or 8.5.J | 1 point |
| A zero HLA-DR mismatch with the donor* | 8.5.H, 8.5.I, or 8.5.J | 2 points |
| Meets the qualifying criteria described in *Table 8-3: Points for Allocation of Kidneys based on Proximity to Donor Hospital* | 8.5.H, 8.5.I, 8.5.J, or 8.5.K | *See Table 8-3: Points for Allocation of Kidneys based on Proximity to Donor Hospital* |

*Donors with only one antigen identified at an HLA locus (A, B, and DR) are presumed "homozygous" at that locus.

**Table 8-2: Points for CPRA**

| If the candidate's CPRA score is: | Then the candidate receives this many points: |
|---|---|
| 0 | 0.00 |
| 1-9 | 0.00 |
| 10-19 | 0.00 |
| 20-29 | 0.08 |
| 30-39 | 0.21 |
| 40-49 | 0.34 |

| If the candidate's CPRA score is: | Then the candidate receives this many points: |
|---|---|
| 50-59 | 0.48 |
| 60-69 | 0.81 |
| 70-74 | 1.09 |
| 75-79 | 1.58 |
| 80-84 | 2.46 |
| 85-89 | 4.05 |
| 90-94 | 6.71 |
| 95 | 10.82 |
| 96 | 12.17 |
| 97 | 17.30 |
| 98 | 24.40 |
| 99 | 50.09 |
| 100 | 202.10 |

**Table 8-3: Points for Allocation of Kidneys based on Proximity to Donor Hospital**

For purposes of this section, distance is calculated in nautical miles between candidate's hospital of registration and the donor hospital.

| If the candidate is: | Then the candidate receives this many points: |
|---|---|
| Registered at a transplant program that is 250 nautical miles or less away from the donor hospital | $2 - \left[\left(\dfrac{2}{250-0}\right) \times distance\right]$ |
| Registered at a transplant program that is more than 250 nautical miles away from but 2500 nautical miles or less away from the donor hospital | $4 - \left[\left(\left(\dfrac{4}{2500-250}\right) \times distance\right) - \left(4 \times \dfrac{250}{2500-250}\right)\right]$ |
| Registered at a transplant program that is more than 2500 nautical miles away from the donor hospital | 0 |

**Table 8-4: Points for Released Kidneys
based on Proximity to Transplant Hospital that Originally Accepted the Organ**

For purposes of this section, distance is calculated in nautical miles between the candidate's hospital of registration and the transplant hospital that released the kidney.

| If the candidate is: | Then the candidate receives this many points: |
|---|---|
| Registered at a transplant hospital that is 250 nautical miles or less away from the transplant hospital that originally accepted the kidney | $2 - \left[ \left( \frac{2}{250 - 0} \right) \times distance \right]$ |
| Registered at a transplant hospital that is more than 250 nautical miles but 2,500 nautical miles or less away from the transplant hospital that originally accepted the kidney | $4 - \left[ \left( \left( \frac{4}{2500 - 250} \right) \times distance \right) - \left( 4 \times \frac{250}{2500 - 250} \right) \right]$ |
| Registered at a transplant hospital that is more than 2,500 nautical miles away from the transplant hospital that originally accepted the kidney | 0 |

## 8.4 Waiting Time

### 8.4.A Waiting Time for Candidates Registered at Age 18 Years or Older

If a kidney candidate is 18 years or older on the date the candidate is registered for a kidney, then the candidate's waiting time is based on the earliest of the following:

1. The candidate's registration date with a measured or calculated creatinine clearance or glomerular filtration rate (GFR) less than or equal to 20 mL/min.
2. The date after registration that a candidate's measured or calculated creatinine clearance or GFR becomes less than or equal to 20 mL/min.
3. The date that the candidate began regularly administered dialysis as an End Stage Renal Disease (ESRD) patient in a hospital based, independent non-hospital based, or home setting.

### 8.4.B Waiting Time for Candidates Registered prior to Age 18

If a kidney candidate is less than 18 years old at the time of registration on the waiting list, then the candidate's waiting time is based on the earlier of the following:

1. The date that the candidate registered on the waiting list regardless of clinical criteria.
2. The date that the candidate began regularly administered dialysis as an ESRD patient in a hospital based, independent non-hospital based, or home setting.

### 8.4.C        Time at Medically Urgent Status

For registered kidney candidates that also qualify for medically urgent status according to *Policy 8.5.A.i*, the candidate accrues time at medically urgent status while active on the waiting list, based on the date the transplant program first indicates the candidate's qualification for medically urgent status to the OPTN.

### 8.4.D        Waiting Time for Kidney Recipients

If a kidney recipient returns to the kidney waiting list, waiting time will be based only on the dates after the most recent kidney transplant, unless the candidate qualifies for reinstatement of waiting time according to *Policy 3.6.B.i: Non-function of a Transplanted Kidney*.

## 8.5    Kidney Allocation Classifications and Rankings

### 8.5.A        Candidate Classifications

Each candidate on the kidney waiting list after turning 18 years old receives an Estimated Post Transplant Survival (EPTS) score. A candidate's EPTS score represents the percentage of kidney candidates in the nation with a longer expected post-transplant survival time. EPTS is based on *all* of the following:

1. Candidate time on dialysis
2. Whether or not the candidate has a current diagnosis of diabetes
3. Whether or not the candidate has had any prior solid organ transplant
4. Candidate age

If a kidney recipient returns to the kidney waiting list, only time on dialysis after the most recent kidney transplant applies for number 1 above, candidate time on dialysis, as defined in *Policy 8.4: Waiting Time*.

Each candidate's EPTS score is calculated when the candidate is registered on the waiting list. The OPTN will update EPTS scores as follows:

- All candidate EPTS scores are updated once each day
- A candidate's EPTS score will be updated anytime the transplant hospital reports changes to any EPTS factor for a candidate

A candidate's raw EPTS score is equal to:

0.047 * MAX(Age - 25, 0) +
-0.015 * Diabetes * MAX(Age - 25, 0) +
0.398 * Prior Solid Organ Transplant +
-0.237 * Diabetes * Prior Solid Organ Transplant +
0.315 * log (Years on Dialysis + 1) +
-0.099 * Diabetes * log(Years on Dialysis + 1) +
0.130 * (Years on Dialysis = 0) +
-0.348 * Diabetes * (Years on Dialysis = 0) +
1.262 * Diabetes

The EPTS calculation uses all the following as binary indicators:

1.  Diabetes,
2.  Prior solid organ transplant
3.  Years on dialysis=0

If a binary indicator is true, then it is replaced by a value of 1.0 in the calculation; otherwise, it is replaced by 0. Fractional calendar years are used for candidate's age and years on dialysis.

The OPTN's EPTS mapping table is used to convert a candidate's raw EPTS score into an EPTS score. All EPTS scores are rounded to the nearest integer.

The reference population used to determine the top 20% EPTS threshold is reviewed annually by the Kidney Transplantation Committee and updated by the OPTN on or before June 1 of each calendar year.

### 8.5.A.i     Medically Urgent Status for Adult and Pediatric Candidates

To qualify for medically urgent status the candidate must be:

1.  An active candidate
2.  Accruing waiting time, according to *Policy 8.4: Waiting Time* and
3.  Certified by a transplant nephrologist and transplant surgeon as medically urgent, based on meeting the following criteria:

    First, the candidate must have exhausted, or has a contraindication to, all dialysis access via all of the following methods:
    *   Vascular access in the upper left extremity
    *   Vascular access in the upper right extremity
    *   Vascular access in the lower left extremity
    *   Vascular access in the lower right extremity
    *   Peritoneal access in the abdomen

    After exhaustion or contraindication to all dialysis via the methods listed above, the candidate must also either have exhausted dialysis, be currently dialyzed, or have a contraindication to dialysis via one of the following methods:
    *   Transhepatic IVC Catheter
    *   Translumbar IVC Catheter
    *   Other method of dialysis (must specify)

The candidate's transplant surgeon and transplant nephrologist must review and sign a written approval of the candidate's qualification for medical urgency status. Programs must consider clinical characteristics specific to adult and pediatric candidates when indicating contraindications to the criteria above. The transplant hospital must document this medical urgency qualification in the candidate's medical record and submit supporting documentation to the OPTN within seven business days of indicating medical urgency status.

The Kidney Transplantation Committee will review a transplant program's use of the medical urgency status retrospectively. Cases may be referred to Membership & Professional Standards Committee (MPSC) for review according to Appendix L of the OPTN Bylaws.

### 8.5.B    Deceased Donor Classifications

Kidneys from deceased donors are classified according to the Kidney Donor Profile Index (KDPI). The KDPI score is derived directly from the Kidney Donor Risk Index (KDRI) score. The KDPI is the percentage of donors in the reference population that have a KDRI less than or equal to this donor's KDRI.

The donor characteristics used to calculate KDRI are provided in *Table 8-5* below.

**Table 8-5: KDRI Factors**

| This deceased donor characteristic: | Applies to: | KDRI score component: |
|---|---|---|
| Age (integer years) | All donors | 0.0128*(age-40) |
| | Donors with age < 18 | -0.0194*(age-18) |
| | Donors with age > 50 | 0.0107*(age-50) |
| Ethnicity | African American donors | 0.1790 |
| Creatinine (mg/dL) | All donors | 0.2200*(creatinine - 1) |
| | Donors with creatinine > 1.5 | -0.2090*(creatinine -1.5) |
| History of Hypertension | Hypertensive donors | 0.1260 |
| History of Diabetes | Diabetic donors | 0.1300 |
| Cause of Death | Donors with cerebrovascular accident as cause of death | 0.0881 |
| Height (cm) | All donors | -0.0464*(height -170) / 10 |
| Weight (kg) | All donors with weight < 80 kg | -0.0199*(weight - 80) / 5 |
| Donor type | DCD donors | 0.1330 |
| HCV status | HCV positive donors | 0.2400 |

To calculate KDRI, follow these steps:

1. Sum each of the applicable KDRI score components in *Table 8-3*
2. Apply the antilog (base e) function to this sum
3. Divide the KDRI by the median KDRI value of the most recent donor reference population
4. Determine the KDPI using the OPTN's KDRI-to-KDPI mapping table

The KDPI score is rounded to the nearest integer.

The KDPI used for allocation is based on the most recent values of donor characteristics reported to the OPTN before executing a match run.

The reference population used to determine the KDRI-to-KDPI mapping is reviewed annually by the Kidney Transplantation Committee and updated by the OPTN on or before June 1 of each calendar year.

### 8.5.C    Sorting Within Each Classification

For candidates within classifications 1 through 7 according to *Tables 8-7* and *8-8*; classifications 1 through 6 according to *Table 8-9*, and classifications 1 through 5 according to *Table 8-10*, candidates are sorted in the following order:

1. Medical urgency status
2. Total time at medically urgent status for current medically urgent candidates only (highest to lowest)
3. Total points (highest to lowest)
4. Date and time of the candidate's registration (oldest to most recent)

For candidates within all other classifications, candidates are sorted in the following order:

1. Total points (highest to lowest)
2. Date and time of the candidate's registration (oldest to most recent)

### 8.5.D    Allocation of Kidneys by Blood Type

Transplants are restricted by blood type in certain circumstances. Kidneys will be allocated to candidates according to the blood type matching requirements in *Table 8-6* below:

**Table 8-6: Allocation of Kidneys by Blood Type**

| Kidneys from Donors with: | Are Allocated to Candidates with: |
|---|---|
| Blood Type O | Blood type O. <br><br> For offers made to candidates in 0-ABDR mismatch categories, blood type O kidneys may be transplanted into candidates who have blood types other than O. |
| Blood Type A | Blood type A or blood type AB. |

| Kidneys from Donors with: | Are Allocated to Candidates with: |
|---|---|
| Blood Type B | Blood type B.<br><br>For offers made to candidates in 0-ABDR mismatch categories, blood type B kidneys may be transplanted into candidates who have blood types other than B. |
| Blood Type AB | Blood type AB. |
| Blood Types A, non-$A_1$ and AB, non-$A_1$B | Kidneys may be transplanted into candidates with blood type B who meet *all* of the following criteria:<br>1. The transplant program obtains written informed consent from each blood type B candidate regarding their willingness to accept a blood type A, non-$A_1$ or blood type AB, non-$A_1$B blood type kidney.<br>2. The transplant program establishes a written policy regarding its program's titer threshold for transplanting blood type A, non-$A_1$ and blood type AB, non-$A_1$B kidneys into candidates with blood type B. The transplant program must confirm the candidate's eligibility every 90 days (+/- 20 days). |

### 8.5.E    Prior Living Organ Donors

A kidney candidate will be classified as a prior living donor if *all* of the following conditions are met:

1. The candidate donated for transplantation, within the United States or its territories, at least *one* of the following:

   - Kidney
   - Liver segment
   - Lung segment
   - Partial pancreas
   - Small bowel segment.

2. The candidate's physician reports *all* of the following information to the OPTN:

   a. The name of the recipient or intended recipient of the donated organ or organ segment
   b. The recipient's or intended recipient's transplant hospital
   c. The date the donated organ was procured

### 8.5.F     Highly Sensitized Candidates

Before a candidate with a CPRA score of 99% or 100% can receive offers in classifications 1 through 3, 8 or 9 according to *Table 8-7* and *8-8*; classifications 1 through 4, 7 or 8 according to *Table 8-9*; and classifications 1 through 4, 6 or 7 in *Table 8-10*, the transplant program's HLA laboratory director and the candidate's transplant physician or surgeon must review and sign a written approval of the unacceptable antigens listed for the candidate. The transplant hospital must document this approval in the candidate's medical record.

### 8.5.G     Prioritization for Liver Recipients on the Kidney Waiting List

If a kidney candidate received a liver transplant, but not a liver and kidney transplant from the same deceased donor, the candidate will be classified as a prior liver recipient. This classification gives priority to a kidney candidate if *both* of the following criteria are met:

1. The candidate is registered on the kidney waiting list prior to the one-year anniversary of the candidate's most recent liver transplant date
2. On a date that is at least 60 days but not more than 365 days after the candidate's liver transplant date, at least *one* of the following criteria is met:
   - The candidate has a measured or calculated creatinine clearance (CrCl) or glomerular filtration rate (GFR) less than or equal to 20 mL/min.
   - The candidate is on dialysis.


When the transplant program reports that the candidate meets the criteria for this classification, the candidate will remain at this classification for 30 days from the date of the qualifying test or treatment. If the transplant program reports additional qualifying tests or treatments, then the candidate will remain at this classification for 30 days from the most recent date of the test or treatment. If the transplant program reports that the candidate meets the criteria for 90 consecutive days, the candidate will remain at this classification until the candidate is removed from the kidney waiting list. If the candidate transfers kidney waiting time according to *Policy 3.6.C: Individual Waiting Time Transfers* and has met the criteria for 90 consecutive days, then the candidate's classification will be included in the transfer.

If a liver recipient receives a kidney using this priority classification and returns to the kidney waiting list after the most recent kidney transplant, the candidate must again meet the criteria for this classification, unless the candidate qualifies for kidney waiting time reinstatement according to *Policy 3.6.B.i: Non-function of a Transplanted Kidney.* If the candidate qualifies for kidney waiting time reinstatement, the candidate will be classified as qualifying for the classification.

If a kidney candidate received a liver and kidney transplant from the same deceased donor, the candidate will only qualify for this classification if the candidate qualifies for kidney waiting time reinstatement according to *Policy 3.6.B.i: Non-function of a Transplanted Kidney*

### 8.5.H    Allocation of Kidneys from Deceased Donors with KDPI Scores less than or equal to 20%

Kidneys from deceased donors with a kidney donor profile index (KDPI) score of less than or equal to 20% are allocated to candidates according to *Table 8-7* below. For the purposes of *Table 8-7*, distribution will be based on the distance from the candidate's transplant hospital to the donor hospital, unless the kidney is allocated according to *Policy 8.8: Allocation of Released Kidneys*. For kidneys that are released and the host OPO or the OPTN executes a released kidney match run, distribution will be based on the distance from the candidate's transplant hospital to the transplant hospital that released the organ.

**Table 8-7: Allocation of Kidneys from Deceased Donors with KDPI Less Than or Equal To 20%**

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 1 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 2 | CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 3 | 0-ABDR mismatch, CPRA equal 100%, blood type identical or permissible | Nation | Any |
| 4 | CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 5 | Prior living donor, blood type identical or permissible | 250NM | Any |
| 6 | Registered prior to 18 years old, blood type identical or permissible | 250NM | Any |
| 7 | Medically Urgent | 250NM | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 8 | 0-ABDR mismatch, CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 9 | CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 10 | 0-ABDR mismatch, CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 11 | CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 12 | 0-ABDR mismatch, top 20% EPTS, and blood type identical | 250NM | Any |
| 13 | 0-ABDR mismatch, top 20% EPTS, CPRA greater than or equal to 80%, and blood type identical | Nation | Any |
| 14 | 0-ABDR mismatch, less than 18 years old at time of match, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |
| 15 | 0-ABDR mismatch, less than 18 years old at time of match, CPRA greater than or equal to 0% but less than or equal to 20%, and blood type identical | Nation | Any |
| 16 | 0-ABDR mismatch, top 20% EPTS, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 17 | 0-ABDR mismatch, top 20% EPTS, and blood type B | 250NM | O |
| 18 | 0-ABDR mismatch, top 20% EPTS or less than 18 years at time of match run, CPRA greater than or equal to 80%, and blood type B | Nation | O |
| 19 | 0-ABDR mismatch, less than 18 at time of match, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |
| 20 | 0-ABDR mismatch, less than 18 at time of match, CPRA greater than or equal to 0% but less than or equal to 20%, and blood type B | Nation | O |
| 21 | 0-ABDR mismatch, top 20% EPTS, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |
| 22 | 0-ABDR mismatch, top 20% EPTS, and blood type permissible | 250NM | Any |
| 23 | 0-ABDR mismatch, top 20% EPTS, CPRA greater than or equal to 80%, and blood type permissible | Nation | Any |
| 24 | 0-ABDR mismatch, less than 18 years old at time of match run, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 25 | 0-ABDR mismatch, less than 18 years old at time of match run, CPRA greater than or equal to 0% but less than or equal to 20%, and blood type permissible | Nation | Any |
| 26 | 0-ABDR mismatch, top 20% EPTS, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |
| 27 | Top 20% EPTS, blood type B | 250NM | A2 or A2B |
| 28 | Top 20% EPTS, blood type identical or permissible | 250NM | Any |
| 29 | 0-ABDR mismatch, EPTS greater than 20%, blood type identical | 250NM | Any |
| 30 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 80%, and blood type identical | Nation | Any |
| 31 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |
| 32 | 0-ABDR mismatch, EPTS greater than 20%, and blood type B | 250NM | O |
| 33 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 80%, and blood type B | Nation | O |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 34 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |
| 35 | 0-ABDR mismatch, EPTS greater than 20%, and blood type permissible | 250NM | Any |
| 36 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 80%, and blood type permissible | Nation | Any |
| 37 | 0-ABDR mismatch, EPTS greater than 20%, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |
| 38 | EPTS greater than 20%, blood type B | 250NM | A2 or A2B |
| 39 | All remaining candidates, blood type identical or permissible | 250NM | Any |
| 40 | Registered prior to 18 years old, blood type identical or permissible | Nation | Any |
| 41 | Top 20% EPTS, blood type B | Nation | A2 or A2B |
| 42 | Top 20% EPTS, blood type identical or permissible | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 43 | All remaining candidates, blood type identical or permissible | Nation | Any |

### 8.5.I    Allocation of Kidneys from Deceased Donors with KDPI Scores Greater Than 20% but Less Than 35%

Kidneys from deceased donors with KDPI scores greater than 20% but less than 35% are allocated to candidates according to *Table 8-8* below. For the purposes of *Table 8-8*, distribution will be based on the distance from the candidate's transplant hospital to the donor hospital, unless the kidney is allocated according to *Policy 8.8: Allocation of Released Kidneys*. For kidneys that are released and the host OPO or the OPTN executes a released kidney match run, distribution will be based on the distance from the candidate's transplant hospital to the transplant hospital that released the organ.

**Table 8-8: Allocation of Kidneys from Deceased Donors with KDPI Scores Greater Than 20% but Less Than 35%**

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 1 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 2 | CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 3 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 4 | CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 5 | Prior living donor, blood type identical or permissible | 250NM | Any |
| 6 | Registered prior to 18 years old, blood type identical or permissible | 250NM | Any |
| 7 | Medically Urgent | 250NM | Any |
| 8 | 0-ABDR mismatch, CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 9 | CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 10 | 0-ABDR mismatch, CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 11 | CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 12 | 0-ABDR mismatch, blood type identical | 250NM | Any |
| 13 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type identical | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 14 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 at time of match, and blood type identical | Nation | Any |
| 15 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 at time of match, and blood type identical | Nation | Any |
| 16 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |
| 17 | 0-ABDR mismatch, blood type B | 250NM | O |
| 18 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type B | Nation | O |
| 19 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 at time of match, and blood type B | Nation | O |
| 20 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 at time of match, and blood type B | Nation | O |
| 21 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 22 | 0-ABDR mismatch, blood type permissible | 250NM | Any |
| 23 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type permissible | Nation | Any |
| 24 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 at time of match, and blood type permissible | Nation | Any |
| 25 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 at time of match, and blood type permissible | Nation | Any |
| 26 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |
| 27 | Prior liver recipients that meet the qualifying criteria according to *Policy 8.5.G: Prioritization for Liver Recipients on the Kidney Waiting List*, blood type identical or permissible | 250NM | Any |
| 28 | Blood type B | 250NM | A2 or A2B |
| 29 | All remaining candidates, blood type identical or permissible | 250NM | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 30 | Registered prior to 18 years old, blood type identical or permissible | Nation | Any |
| 31 | Blood type B | Nation | A2 or A2B |
| 32 | All remaining candidates, blood type identical or permissible | Nation | Any |

### 8.5.J    Allocation of Kidneys from Deceased Donors with KDPI Scores Greater than or Equal to 35% but Less than or Equal to 85%

Kidneys from donors with KDPI scores greater than or equal to 35% but less than or equal to 85% are allocated to candidates according to *Table 8-9* below and the following:

- Classifications 1 through 30 for one deceased donor kidney
- Classification 31 and 32 for both kidneys from a single deceased donor

For the purposes of *Table 8-9*, distribution will be based on the distance from the candidate's transplant hospital to the donor hospital, unless the kidney is allocated according to *Policy 8.8: Allocation of Released Kidneys*. For kidneys that are released and the host OPO or the OPTN executes a released kidney match run, distribution will be based on the distance from the candidate's transplant hospital to the transplant hospital that released the organ.

**Table 8-9: Allocation of Kidneys from Deceased Donors with KDPI Greater Than or Equal To 35% and Less Than or Equal To 85%**

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 1 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 2 | CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 3 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 4 | CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 5 | Prior living donor, blood type identical or permissible | 250NM | Any |
| 6 | Medically Urgent | 250NM | Any |
| 7 | 0-ABDR mismatch, CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 8 | CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 9 | 0-ABDR mismatch, CPRA equal to 98%, blood type identical or permissible | 250NM | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 10 | CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 11 | 0-ABDR mismatch, blood type identical | 250NM | Any |
| 12 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type identical | Nation | Any |
| 13 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 at time of match, and blood type identical | Nation | Any |
| 14 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 at time of match, and blood type identical | Nation | Any |
| 15 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |
| 16 | 0-ABDR mismatch, and blood type B | 250NM | O |
| 17 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type B | Nation | O |
| 18 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 at time of match, and blood type B | Nation | O |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 19 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 at time of match, and blood type B | Nation | O |
| 20 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |
| 21 | 0-ABDR mismatch, blood type permissible | 250NM | Any |
| 22 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type permissible | Nation | Any |
| 23 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, less than 18 years old at time of match, and blood type permissible | Nation | Any |
| 24 | 0-ABDR mismatch, CPRA greater than or equal to 0% but less than or equal to 20%, less than 18 years old at time of match, and blood type permissible | Nation | Any |
| 25 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |
| 26 | Prior liver recipients that meet the qualifying criteria according to *Policy 8.5.G: Prioritization for Liver Recipients on the Kidney Waiting List*, blood type identical or permissible | 250NM | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 27 | Blood type B | 250NM | A2 or A2B |
| 28 | All remaining candidates, blood type identical or permissible | 250NM | Any |
| 29 | Blood type B | Nation | A2 or A2B |
| 30 | All remaining candidates, blood type identical or permissible | Nation | Any |
| 31 | Candidates who have specified they are willing to accept both kidneys from a single deceased donor, blood type identical or permissible | 250NM | Any |
| 32 | Candidates who have specified they are willing to accept both kidneys from a single deceased donor, blood type identical or permissible | Nation | Any |

### 8.5.K    Allocation of Kidneys from Deceased Donors with KDPI Scores Greater than 85%

With the exception of 0-ABDR mismatches, kidneys from deceased donors with KDPI scores greater than 85% are allocated to adult candidates according to *Table 8-10* below and the following:

- Classifications 1 through 21, 23, and 24 for one deceased donor kidney
- Classifications 22 and 25 for both kidneys from a single deceased donor

For the purposes of *Table 8-10*, distribution will be based on the distance from the candidate's transplant hospital to the donor hospital, unless the kidney is allocated according to *Policy 8.8:*

*Allocation of Released Kidneys.* For kidneys that are released and the host OPO or the OPTN executes a released kidney match run, distribution will be based on the distance from the candidate's transplant hospital to the transplant hospital that released the organ.

**Table 8-10: Allocation of Kidneys from Deceased Donors with KDPI Scores Greater Than 85%**

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 1 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 2 | CPRA equal to 100%, blood type identical or permissible | 250NM | Any |
| 3 | 0-ABDR mismatch, CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 4 | CPRA equal to 100%, blood type identical or permissible | Nation | Any |
| 5 | Medically Urgent | 250NM | Any |
| 6 | 0-ABDR mismatch, CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 7 | CPRA equal to 99%, blood type identical or permissible | 250NM | Any |
| 8 | 0-ABDR mismatch, CPRA equal to 98%, blood type identical or permissible | 250NM | Any |
| 9 | CPRA equal to 98%, blood type identical or permissible | 250NM | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 10 | 0-ABDR mismatch, blood type identical or permissible | 250NM | Any |
| 11 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type identical | Nation | Any |
| 12 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type identical | Nation | Any |
| 13 | 0-ABDR mismatch, blood type B | 250NM | O |
| 14 | 0-ABDR mismatch, CPRA greater than or equal to 80%, and blood type B | Nation | O |
| 15 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type B | Nation | O |
| 16 | 0-ABDR mismatch, blood type permissible | 250NM | Any |
| 17 | 0-ABDR mismatch, CPRA greater than or equal to 80% , and blood type permissible | Nation | Any |
| 18 | 0-ABDR mismatch, CPRA greater than or equal to 21% but no greater than 79%, and blood type permissible | Nation | Any |

| Classification | Candidates that are | And registered at a transplant hospital that is at or within this distance from the hospital that distribution will be based upon | With this donor blood type: |
|---|---|---|---|
| 19 | Prior liver recipients that meet the qualifying criteria according to *Policy 8.5.G: Prioritization for Liver Recipients on the Kidney Waiting List*, blood type identical or permissible | 250NM | Any |
| 20 | Blood type B | 250NM | A2 or A2B |
| 21 | All remaining candidates, blood type identical or permissible | 250NM | Any |
| 22 | Candidates who have specified they are willing to accept both kidneys from a single deceased donor, blood type identical or permissible | 250NM | Any |
| 23 | Blood type B | Nation | A2 or A2B |
| 24 | All remaining candidates, blood type identical or permissible | Nation | Any |
| 25 | Candidates who have specified they are willing to accept both kidneys from a single deceased donor, blood type identical or permissible | Nation | Any |

## 8.6 Allocation of Both Kidneys from a Single Deceased Donor to a Single Candidate

### 8.6.A    Allocation of Dual Kidneys

If a host OPO procures both kidneys with a KDPI score greater than or equal to 35% from a single deceased donor who weighs greater than or equal to 18 kg, those kidneys will be offered to candidates according to *Policy 8.5.J: Allocation of Kidneys from Deceased Donors with KDPI Scores Greater than or Equal to 35% but Less than or Equal to 85%* or *Policy 8.5.K: Allocation of Kidneys from Deceased Donors with KDPI Scores Greater Than 85%*.

### 8.6.B    Allocation of En Bloc Kidneys

If a host OPO procures both kidneys from a single deceased donor less than 18 kg, the host OPO must offer both kidneys en bloc according to *Policy 8.5.H: Allocation of Kidneys from Deceased Donors with KDPI Scores less than or equal to 20%.*

### 8.6.C    Transplanting Kidneys Individually after Allocation of Both Kidneys from a Single Deceased Donor to a Single Candidate

If the transplanting surgeon determines, based on medical judgment, that kidneys procured together from a single donor should instead be transplanted individually, then the receiving transplant program must do *one* of the following:

- Transplant one of the kidneys into the originally designated recipient and document the reason for not transplanting the kidneys together. The receiving transplant program will decide which of the two kidneys to transplant into the originally designated recipient, and release the other kidney according to *Policy 5.9: Released Organs*.
- Release both kidneys to be allocated according to the KDPI score of the deceased donor, pursuant to *Policy 5.9: Released Organs*. Kidneys originally allocated en bloc and then split can no longer be allocated as en bloc.

## 8.7 Administrative Rules

### 8.7.A    Choice of Right versus Left Donor Kidney

If both kidneys from a deceased donor are able to be transplanted, the transplant hospital that received the offer for the candidate with higher priority on the waiting list will get to choose first which of the two kidneys it will receive.

However, when a kidney is offered to a 0-ABDR mismatched candidate, a candidate with a CPRA greater than or equal to 99% (classifications 1 through 4, 8 or 9 *in Tables 8-7 and 8-8*; classifications 1 through 4, 7 or 8 *in Table 8-9*; and classifications 1 through 4, 6 or 7 *in Table 8-10*) or to a combined kidney and non-renal organ candidate, the host OPO determines whether to offer the left or the right kidney.

### 8.7.B National Kidney Offers

The host OPO must allocate deceased donor kidneys according to *Table 8-11* below. For purposes of this section, national candidates are those candidates registered at transplant programs more than 250 nautical miles from the donor hospital.

**Table 8-11: National Kidney Offers**

| If the organ offer is for: | Then the host OPO must: |
|---|---|
| A national 0-ABDR mismatch candidate | Allocate the kidney or contact the Organ Center for assistance allocating the kidney |
| A national 100% CPRA candidate in match classifications 1 through 4 in allocation sequences according to *Tables 8-7* through *8-10* | Allocate the kidney or contact the Organ Center for assistance allocating the kidney |
| Any other national candidates | Contact the Organ Center for assistance allocating the kidney |

### 8.7.C Kidney Allocation in Multi-Organ Combinations

If a host OPO procures a kidney along with other organs, the host OPO must first offer the kidney according to one of the following policies before allocating the kidney to kidney alone candidates according to *Policy 8: Allocation of Kidneys*:

- *Policy 5.10.E: Other Multi-Organ Combinations*
- *Policy 9.9: Liver-Kidney Allocation*
- *Policy 11.5.A: Kidney-Pancreas Allocation Order*

### 8.7.D Multi-Organ Combinations Allocated but Not Transplanted

If a multi-organ combination that includes a kidney is allocated but the kidney transplant is not performed, the kidney must be reallocated according to *Policy 5.9: Released Organs*.

### 8.7.E Location of Donor Hospitals

For the purpose of determining the location of the donor hospital, kidneys procured in Alaska will be considered procured from the Sea-Tac Airport, Seattle, Washington.

## 8.8 Allocation of Released Kidneys

For kidneys allocated according to *Policy 5.9: Released Organs*, the host OPO may

1. Continue allocation according to the original match run
2. Allocate the kidney using the released kidney match run in accordance with *Tables 8-7, 8-8, 8-9,* and *8-10* or

3.   Contact the OPTN for assistance allocating the kidney