UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEON SANTOS,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED NETWORK FOR ORGAN SHARING; TUFTS MEDICAL CENTER; and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED,<br><br>                Defendants. | Civil Action No. 1:24-cv-11692-IT |
| MARK THOMPSON,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED NETWORK FOR ORGAN SHARING; and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED,<br><br>                Defendants. | Civil Action No. 1:24-cv-11693-IT |

## DECLARATION OF DANIEL M. BLOUIN

I, Daniel M. Blouin, hereby declare, under penalty of perjury, as follows:

1. I am a partner at the law firm of Winston & Strawn LLP, attorneys of record for Defendant United Network for Organ Sharing ("UNOS"). If called as a witness, I could and would competently testify under oath to the following facts of which I have personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the "Agreement Regarding Use of Discovery in eGFR Cases" (the "Agreement") signed by Counsel for UNOS on

1

August 19, 2024, and Counsel for Plaintiffs Mr. Anthony Randall, Mr. Dexter Welch, Mr. Cleveland Holt, Mr. Arthur Maddox, Mr. Gregory Rowe, Mr. Deon Santos, Mr. Mark Thompson, Mr. Randolph Hallmon, and Mr. Cortez Fields on August 16, 2024.

3. The above named-plaintiffs, including Mr. Santos and Mr. Thompson (the plaintiffs in this case), are all represented by the same counsel. All brought claims against UNOS alleging similar legal issues with significant discovery overlap.

4. UNOS entered the Agreement with the expectation that it would streamline discovery and allow the parties to "achieve efficiencies among the eGFR cases," as the parties stated in the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November, 2025, in Los Angeles, California.

                                          /s/ *Daniel M. Blouin*
                                          Daniel M. Blouin

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document will be served electronically to the attorney of record for each party via the ECF system on November 5, 2025.

                                       /s/ *Daniel M. Blouin*
                                       Daniel M. Blouin