**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK THOMPSON,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED NETWORK FOR ORGAN SHARING; and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED,<br><br>       Defendants. | Civil Action No. 1:24-cv-11693-IT |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Dawn Mertineit as counsel for Defendant United Network

For Organ Sharing ("UNOS"), in connection with the above captioned action.


DATED: June 12, 2026          Respectfully submitted,

          By: */s/ Dawn Mertineit*
            Dawn Mertineit (BBO# 669988)
            dmertineit@seyfarth.com
            SEYFARTH SHAW LLP
            Seaport East
            Two Seaport Lane, Suite 1200
            Boston, Massachusetts  02210-2028
            Telephone: (617) 946-4800
            Facsimile:  (617) 946-4801

          Counsel for Defendant UNOS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dawn Mertineit*
Dawn Mertineit

2